UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    **v.**　　　　　　　　　　　　　　　Case No. 12-cr-33-03-PB

<u>Wendy Ford</u>

## O R D E R

The defendant has moved to continue the trial in the above case, citing the need for additional time to complete discovery and prepare for trial. The co-defendants in this case are scheduled for trial on August 21, 2012 and Ms. Ford requests a continuance to the same trial date. The government and co-defendants do not object to a continuance.

Accordingly, for the above reason and in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 5, 2012 to August 21, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

  The May 23, 2012 final pretrial conference is continued to July 31, 2012 at 3:30 p.m.

  SO ORDERED.

                <u>/s/Paul Barbadoro</u>
                Paul Barbadoro
                United States District Judge

May 9, 2012

cc: Theodore M. Lothstein, Esq.
   Jennifer Davis, Esq.
   Charles J. Keefe, Esq.
   Paul Garrity, Esq.
   Behzad Mirhashern, Esq.
   United States Marshal
   United States Probation